# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

**EXHIBIT AND WITNESS LIST**

USA
V.
Alvaro Romero (1) Jose Rubio-Villegas (6) Ines Rubio-Villegas (7) Alexander Alonso-Mascorro(8) and Sidney ANthony Worrell (10)

Case Number: 1:17CR153

| PRESIDING JUDGE<br>Zack Hawthorn | PLAINTIFF'S ATTORNEY<br>Chris Rapp | DEFENDANT'S ATTORNEY<br>Mark Bennet, Gerry Montalvo, Rey Morin, Jared Gilthorpe and Joel Vazquez |
|---|---|---|
| TRIAL DATE (S)<br>2/12/2020 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Tonya Piper |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 2/12/2020 | x | x | 3:14mc2 Affidavit in Support of Application 281-889-4897 |
| B | | 2/12/2020 | x | x | 3:14mc5 Affidavit in Support of Application 281-889-4897 |
| C | | 2/12/2020 | x | x | G-14-006 Affidavit in Support of Application 409-273-0566 |
| D | | 2/12/2020 | x | x | 3:14mc9 Affidavit in Support of Application 832-727-2669 |